UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NUMBER: 07 CA1 0778 NG

| | |
|---|---|
| LOUIS FERNANDES | * |
|     Plaintiff | * |
| | * |
| V. | * |
| | * |
| ASTRA BUSINESS SERVICES, INC. | * |
|     Defendant | * |

***************************************

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, Louis Fernandes, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned lawsuit against Astra Business Services, Inc., Defendant herein, with prejudice. Each party shall bear their own costs.

May 16, 2007   Louis Fernandes

                by his attorney

                Roger Stanford, Esq.
                STANFORD & SCHALL
                100 Eighth Street
                New Bedford, MA  02740
                (508)994-3393
                BBO# 476600